**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                   CASE NO. 3:06cr5-001/RV

CHAD EDWARD JOHNSON

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   November 21, 2006
Motion/Pleadings:   MOTION for clarification and enforcement.
Filed by   Defendant           on 10/12/2006     Doc.#   21
RESPONSES:
  None                   on          Doc.#
                         on          Doc.#
_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                     s/Jerry Marbut
LC (1 OR 2)                                 Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  27th  day of  November , 2006, that:*
*(a) The relief requested is GRANTED.*
*(b) It is recommended that the Bureau of Prisons transfer the Defendant from state custody to federal custody on or after the date of this order.*

                                                  /s/ *Roger Vinson*
                                                           *ROGER VINSON*
                                         *Senior United States District Judge*