# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:06cr0005/RV

CHAD E. JOHNSON

**REFERRAL AND ORDER**

Referred to Judge Vinson on   01/22/2007
Type of Motion/Pleading  MOTION TO ENFORCE ORDER
Filed by: Defendant             on 1/8/07        Doc. No. 23
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                  on _____ Doc. No. _____
                                on _____ Doc. No. _____
                                WILLIAM M. McCOOL, CLERK OF COURT

                                */s/ V. Harmon*
                                Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   22nd   day of    January   , 2007, that:

(a)    The requested relief is DENIED, as moot.

(b)    The office of the U.S. Marshal has made arrangements with the Bureau of Prisons to transport defendant to federal custody.

                                */s/ Roger Vinson*
                                ROGER VINSON
                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                Document No.