# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                          CASE NO. 3:06-CR-5-01 RV

CHAD EDWARD JOHNSON

## FINANCIAL REFERRAL AND ORDER

Upon review of the financial records, it appears that funds for: __X__ Fine, ____ Restitution, ____ Filing Fee, ____ Attorney Admission Fee, ____ Copy Fee, ____ Bond, ____ Other (Specify) _____, are now held by the Clerk for

         Chad Edward Johnson #06306-017     (Payee)
Address:   FCI Marianna
              PO Box 7007
              Marianna, FL 32447

Receipt Number B091009DFLN306CR000005   Date of Receipt __10/21/09__

Motion:    N/A

Explanation: Chad Johnson's $200.00 special assessment was paid on 8/19/09. The Clerk's office received $25.00 on the September 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Johnson does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

**WILLIAM M. McCOOL, Clerk of Court**

**By:** _s/Philip Detweiler_
        Philip Detweiler, Financial Specialist

**Date: November 5, 2009**

---

## ORDER

Upon consideration, it is ORDERED this _5th_ day of __November__, 2009, that the request is GRANTED and that the Clerk of the Court refund the identified funds to the payee.

           /s/ *Roger Vinson*
           ROGER VINSON
           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99